THE HONORABLE RICARDO S. MARTINEZ

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:      509-327-2224
Facsimile:      888-840-6003
Email:            bobmitchellaw@gmail.com

*Attorney for Plaintiff, MICHAEL SCHULTZ*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MICHAEL SCHULTZ, | NO.  C19-cv-01790-RSM |
| Plaintiff, | **STIPULATED MOTION/ORDER OF DISMISSAL** |
| v. | |
| RADIUS GLOBAL SOLUTIONS, LLC, | |
| Defendant. | |

## I.    MOTION AND STIPULATION

Plaintiff, MICHAEL SCHULTZ, by and through the undersigned counsel, Robert Mitchell, and Defendant, RADIUS GLOBAL SOLUTIONS, LLC, by and through its attorney Stephen G. Skinner, hereby stipulate and move the Court for an ORDER OF DISIMISSAL WITH PREJUDICE, and stipulate as follows:

1. Plaintiff and Defendant have fully settled all claims between them;

2. In consideration of such settlement, Plaintiff is dismissing all claims with prejudice and without costs to either party;

3. Defendant has not asserted a counterclaim; and

STIPULATED DISMISSAL                    1

4.  Dismissal with prejudice and without an award of fees or costs to either party is

appropriate.

Presented by:


*S/Robert Mitchell*
ROBERT W. MITCHELL, WSBA No. 37444
700 W. Evergreen Blvd.
Vancouver, WA 98660
Telephone:     360-993-5000
Fax:              888-840-6003
Email:            bobmitchellaw@gmail.com

*Counsel for Plaintiff, MICHAEL SCHULTZ*



Notice of Present Waived by:

*S//Stephen G. Skinner*
Stephen G. Skinner, WSBA No. 17317
ANDREWS-SKINNER, P.S.
645 Elliot Ave. W.
Suite 350
Seattle, WA 98119
Telephone:     206-223-9248
Email:            stephen.skinner@andrews-skinner.com

*Attorney for Defendant, Radius Global Solutions, LLC*

## II.   <u>ORDER</u>

Having reviewed the parties' stipulated motion, and having reviewed the Court file, it is

HEREBY ORDERED ADJUDGED AND DECREED that:

1) Plaintiff's claims against Defendant are dismissed with prejudice and without an award of costs or fees to any party.

2) Defendant has not asserted any counterclaims against Plaintiff.

3) The case is dismissed with prejudice.

4) The Clerk of the Court is directed to close the file.

DATED this <u>21st</u> day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 15th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

RADIUS GLOBAL SOLUTIONS, LLC, through its attorneys, Stephen Skinner at stephen.skinner@andrews-skinner.com, and Pamela Andrews at: pamela.andrews@andrews-skinner.com.

Dated this 15th day of July, 2020, at Memphis, Tennessee.

Respectfully submitted,


S/*Robert Mitchell*
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
700 W. Evergreen Blvd.
Vancouver, WA  98660
Telephone:      360-993-5000
Facsimile:      888-840-6003
Email:           bobmitchellaw@gmail.com
*Attorney for Plaintiff*